RYAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Josephine A. Ryan, as administratrix, etc., of John J. Ryan, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1139.

KELLOGG and HOWARD, JJ., dissent.

RYAN v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Josephine A. Ryan, as administratrix, etc., of John J. Ryan, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See, also, 155 N. Y. Supp. 1139.

RYDER et al., Respondents, v. KENNEDY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Mary Ryder and others against Meta A. Kennedy, individually and as administratrix, etc., and others. No opinion. Motion to dismiss appeal denied, with $10 costs. See, also, 166 App. Div. 146, 151 N. Y. Supp. 1036; 155 N. Y. Supp. 1139.

RYDER et al. v. KENNEDY et al. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Mary Ryder and others against Meta A. Kennedy, individually and as administratrix, etc., of Thomas J. Kennedy, deceased, and others. No opinion. Final judgment of the County Court of Kings County affirmed, without costs, on authority of Ryder v. Kennedy, 166 App. Div. 146, 151 N. Y. Supp. 1036. See, also, 155 N. Y. Supp. 1139.

SABATINO, Respondent, v. MANHATTAN BRIDGE THREE CENT LINE, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Joseph Sabatino against the Manhattan Bridge Three Cent Line. Latson, Tamblyn & Pickard, of New York City, for appellant. T. J. O'Neill, of Yonkers, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 N. Y. Supp. 1143.

SALZMAN, Respondent, v. EISENBACH REALTY & CONSTRUCTION CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by Morris Salzman against the Eisenbach Realty & Construction Company, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 154 N. Y. Supp. 1143.

SARATOGA VICTORIA SPRING, INC., v. STATE. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by the Saratoga Victoria Spring, Incorporated, against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

SARTORI, Appellant, v. CANOVA, Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Clotilda Sartori against John Canova. S. Deutsch, of New York City, for appellant. C. S. Petrasch, of New York City, for respondent. No opinion. So much of the order as set aside the verdict affirmed, so much of the order as directed a dismissal of the complaint, and the judgment dismissing the complaint, are reversed, and a new trial ordered, with costs to appellant to abide event. Settle order on notice.

SARTWELL, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Adelaide A. Sartwell against the City of Syracuse. No opinion. Judgment affirmed, with costs.

SCHAFFER, Respondent, v. KIECHLIN, Appellant. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Joseph Schaffer, as administrator, against Henry Kiechlin. B. L. Visscher, of New York City, for appellant. J. F. McIntyre, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHAPIRO, Respondent, v. BOHDE et al., Appellants. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Appeal from Trial Term, New York County. Action by Max Schapiro against Fred Bohde and another. From a judgment for plaintiff, and an order denying new trial, defendants appeal. Reversed, and complaint dismissed. Walter L. Glenney, of New York City, for appellants. Benjamin Rich, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, with costs, on the ground that the evidence is not sufficient to sustain a finding that the defendant was negligent, and the finding of the jury that the defendant was negligent is reversed, and the complaint dismissed, with costs. Order filed.

SCHECHTER et al. v. NANKIN. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Jacob Schechter and others against Gussie Nankin. No opinion. Application denied, with $10 costs. Order signed.

SCHINASI et al. v. SCHINASI et al. (Supreme Court, Appellate Division, First Department. October 15, 1915. Action by Solomon Schinasi and others against Louis Schinasi and others. No opinion. Motion granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 155 N. Y. Supp. 867.

SCHNITZLER et al., Respondents, v. WALDES et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Bernhard Schnitzler and another against Henry Waldes and others. H. D. Nims, of New York City, for appellants.